AO 442 (Rev. 11/11) Arrest Warrant                                    FID#11992781

# UNITED STATES DISTRICT COURT

### for the

## DISTRICT OF SOUTH CAROLINA

**RECEIVED**

**UNITED STATES MARSHAL**

3:45 pm, Jul 21 2026

**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA**

| | |
|---|---|
| United States of America<br>v. | ) |
| | ) |
| | ) Case No.  3:26-630 |
| | ) |
| | ) |
| | ) |
| JONATHAN ANDREW MONK | ) $E 1598497$ |
| *Defendant* | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    JONATHAN ANDREW MONK

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 2251(a)        Title 18, United States Code, Section 2253
Title 18, United States Code, Section 2251(e)        Title 28, United States Code, Section 2461(c)
Title 18, United States Code, Section 2252A(a)(2)
Title 18, United States Code, Section 2252A(a)(5)(B)
Title 18, United States Code, Section 2252A(b)(1)
Title 18, United States Code, Section 2252A(b)(2)

Date:    7/21/2026

City and state:    Columbia, South Carolina

s/Angie Snipes

*Issuing officer's signature*

ROBIN BLUME
CLERK OF COURT

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  7/21/26 , and the person was arrested on *(date)*  7/28/26<br>at *(city and state)*  Columbia, Lexington, SC |
| Date: 7/28/26<br><br>*Arresting officer's signature*<br><br>ROBERT W. REINHOLD , Special Agent<br>*Printed name and title* |